UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :
v.                                :   3:20 CR 165
                                  :
LANCE GREEN,                      :
                                  :
       Defendant                  :

**INDICTMENT**

THE GRAND JURY CHARGES:

FILED
SCRANTON
JUL 14 2020
PER _____
DEPUTY CLERK

Count 1
18 U.S.C. § 922 (g)
(Prohibited Person in Possession of a Firearm)

On or about October 5, 2017, in Luzerne County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**LANCE GREEN,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a silver/black Kahr Arms .40 caliber handgun with an obliterated serial number, and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Sections 922 (g)(1) and 924(e).

THE GRAND JURY FURTHER CHARGES:

Count 2

18 U.S.C. § 922 (k)
(Possession of a firearm with an obliterated serial number)

On or about October 5, 2017, in Luzerne County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

LANCE GREEN,

knowingly possessed a firearm, to wit, a silver/black Kahr Arms .40 caliber handgun, that had been shipped and transported in interstate commerce, from which the manufacturer's serial number had been removed, altered and obliterated.

In violation of Title 18, United States Code, Section 922 (k).

FORFEITURE ALLEGATION

(18 U.S.C. 924(d) and 28 U.S.C. 2461)

1.  The allegations contained in Counts 1 through 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code,

Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Sections 924 and 922, the defendant,

**LANCE GREEN,**

shall forfeit to the United States of America any property constituting, or derived from, any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to, the following:

    a. A silver/black Kahr Arms .40 caliber handgun.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the court;

  d. Has been substantially diminished in value; or

  e. Has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

  All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL

            DAVID J. FREED
            United States Attorney

          By: *Jenny P Roberts*
            JENNY P. ROBERTS
            Assistant United States Attorney

Date: 7-14-2020

4